**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.  Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

**Plaintiffs**

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

**Defendants**

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS INC. |
| Defendant 10 | CHEMGUARD INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to SANDOZ CHEMICAL CORPORATION |
| Defendant 12 | DYNAX CORPORATION |
| Defendant 13 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 14 | NATIONAL FOAM, INC. |
| Defendant 15 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 17 | TYCO FIRE PRODUCTS L.P. |
| Defendant 18 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |
| Defendant 25 | |
| Defendant 26 | |

| Defendant 27 | |
|---|---|
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |
| | |
| | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

&boxtimes;  Diversity

&square;  Federal Question

&boxtimes;  The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

&square;  Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or
- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or
- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one or more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer

Thyroid Disease
Ulcerative Colitis
Liver Cancer
Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above.  Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## Causes of Action

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

Count I – Defective Design
Count II – Failure to Warn
Count III – Negligence
Count IV – Negligence Per Se
Count V – Trespass and Battery
Count VI – Strict Product Liability
Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
Count VIII – Concealment, Misrepresentation, and Fraud
Count IX – Conspiracy
Count X – Wrongful Death
Count XI – Loss of Consortium

Other Causes of Action:
Count XII – Negligent, Intentional, and Reckless Infliction of Emotion Distress_____
Count XIII – _____
Count XIV – _____
Count XV – _____
Count XVI – _____
Count XVII – _____
Count XVIII – _____
Count XIX – _____
Count XX – _____
Others

_____

_____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.


Respectfully Submitted by,


/s/ Lawrence R. Cohan
Lawrence R. Cohan, Esq.
Joshua C. Cohan, Esq.
**SALTZ MONGELUZZI BENDESKY**
One Liberty Place
1650 Market St, 52nd Floor
Philadelphia, PA 19103
lcohan@smbb.com
jcohan@smbb.com
(215) 575-3887 (Phone)
(215) 496-0999 (Fax)


Date:  September 5, 2025

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name" | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | **Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation* , MDL 2873** | | | | | | | | |
| 1 | Adoni, Christine | 11/15/1966 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2 | Adoni, David | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 3 | Badmann, Ralph | 6/26/1955 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4 | Badmann, Cynthia | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 5 | Barry, William | 8/16/1943 | California | US DC for the E.D. Cal. | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6 | Bogan, Michael | 9/9/1961 | Florida | US DC for the M.D. Fla. | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7 | Bohrer, Eric | 12/18/1971 | Wisconsin | US DC for the W.D. Wis. | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8 | Bradshaw, Terry | 3/30/1976 | Illinois | US DC for the N.D. Ill. | Yes | Yes | No | Thyroid Cancer Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9 | Bratcher, William | 11/22/1973 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 10 | Bratcher, Alicia | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 11 | Buckley, Patricia | 11/10/1966 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12 | Buckley, Robert | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 13 | Campbell, Julia | 10/15/1964 | New Jersey | US DC for the D.N.J. | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14 | Campbell, Robert | | New Jersey | US DC for the D.N.J. | | | | | XI |
| 15 | Cannon, Cheryl o/b/o Cannon, James, deceased | 1/12/1955 | Delaware | US DC for the D. Del. | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 16 | Chambless, Robin | 1/20/1962 | Louisiana | US DC for the E.D. La. | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17 | Clemons, Sybil | 8/13/1974 | Arkansas | US DC for the E.D. Ark. | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18 | Clemons, George | | Arkansas | US DC for the E.D. Ark. | | | | | XI |
| 19 | DeRico, Tinikie | 8/29/1974 | Pennsylvania | US DC for the W.D. Pa. | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20 | DeRico, Corey | | Pennsylvania | US DC for the W.D. Pa. | | | | | XI |
| 21 | DiIenno, Joseph | 3/25/1948 | Pennsylvania | US DC for the E.D. Pa. | Yes | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX |
| 22 | DiIenno, Kathleen | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 23 | Eversole, Danielle | 7/6/1982 | Kentucky | US DC for the E.D. Ky. | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24 | Foukas, Nicholas | 3/2/1970 | Pennsylvania | US DC for the W.D. Pa. | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25 | Foukas, Florence | | Pennsylvania | US DC for the W.D. Pa. | | | | | XI |
| 26 | Fouse, Jerome | 9/13/1959 | Tennessee | US DC for the W.D. Tenn. | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 27 | Fox, Carol | 12/25/1964 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28 | Fox, Dennis | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 29 | Fox, Jennifer | 12/6/1975 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30 | Fox, Raymond | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 31 | Gallagher, Carol o/b/o Gallagher, Robert, deceased | 5/19/1937 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 32 | Gardner, John | 11/29/1959 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33 | Glowczynski, Slawomir | 12/24/1975 | New York | US DC for the W.D.N.Y. | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34 | Glowczynski, Amy | | New York | US DC for the W.D.N.Y. | | | | | XI |
| 35 | Hack, Bryan | 3/20/1959 | Florida | US DC for the S.D. Fla. | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 36 | Hack, Ashley | | Florida | US DC for the S.D. Fla. | | | | | XI |
| 37 | Haegele, Fred | 6/29/1948 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38 | Haegele, Ann | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 39 | Holt, William | 5/11/1946 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40 | Holt, Cheryl | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 41 | Huslinger, Chistopher | 3/16/1992 | South Carolina | US DC for the D.S.C. | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42 | Trail, Angelica | | South Carolina | US DC for the D.S.C. | | | | | XI |
| 43 | Iraci, Michael | 12/12/1950 | Pennsylvania | US DC for the E.D. Pa. | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44 | Iraci, Patricia | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 45 | Jennings, Rodney | 1/6/1967 | Kansas | US DC for the D. Kan. | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 46 | Jewell, William | 10/10/1965 | Indiana | US DC for the S.D. Ind. | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47 | Jewell, Teresa | | Indiana | US DC for the S.D. Ind. | | | | | XI |
| 48 | Johnson, David | 6/21/1958 | Delaware | US DC for the D. Del. | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49 | Johnson, Heather | | Delaware | US DC for the D. Del. | | | | | XI |
| 50 | Kachel, Andrew | 1/7/1967 | Massachusetts | US DC for the D. Mass. | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51 | Kane, Joan o/b/o Hayden, Robert, deceased | 11/10/1953 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 52 | Kelley, Rick | 6/4/1959 | Missouri | US DC for the W.D. Mo. | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53 | Kelley, Judy | | Missouri | US DC for the W.D. Mo. | | | | | XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 54 | Keyser, Elizabeth | 6/7/1955 | Florida | US DC for the M.D. Fla. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55 | Keyser, Peter | | Florida | US DC for the M.D. Fla. | | | | | XI |
| 56 | Lepore, Richard | 6/28/1948 | Pennsylvania | US DC for the E.D. Pa. | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57 | Lepore, Diane | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 58 | Malone, Michael | 10/31/1958 | South Carolina | US DC for the D.S.C. | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 59 | Malone, Lois | | South Carolina | US DC for the D.S.C. | | | | | XI |
| 60 | McClary, Reginaud | 10/24/1963 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61 | McClary, Daphne | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 62 | McNiff, Kevin | 9/19/1960 | Massachusetts | US DC for the D. Mass. | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63 | Mechtly, Gregory | 11/1/1954 | California | US DC for the E.D. Cal. | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64 | Meritt, Robert | 7/5/1961 | Ohio | US DC for the S.D. Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65 | Meritt, Christine | | Ohio | US DC for the S.D. Ohio | | | | | XI |
| 66 | Moffett, Derek | 2/9/1981 | Pennsylvania | US DC for the E.D. Pa. | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67 | Moore, Ann | 12/6/1961 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68 | Moore, Michael | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 69 | Moore, Patricia | 11/18/1957 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 70 | Moore, Fred | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 71 | Murphy, Sue | 2/18/1963 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72 | Murphy, Daniel | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 73 | Niedzielski, Joseph | 11/17/1957 | Pennsylvania | US DC for the E.D. Pa. | Yes | Yes | No | Thyroid Disease and Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74 | Niedzielski, Joanne | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 75 | Novak, Justin | 11/10/1989 | Pennsylvania | US DC for the E.D. Pa. | Yes | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76 | Novak, Erica | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 77 | O'Connell, Larissa | 2/12/1979 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78 | Owen, Christopher | 9/2/1959 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79 | Palma, John | 3/3/1952 | Ohio | US DC for the N.D. Ohio | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80 | Palma, Maria | | Ohio | US DC for the N.D. Ohio | | | | | XI |
| 81 | Perpetua, Anthony | 10/5/1942 | Pennsylvania | US DC for the E.D. Pa. | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82 | Perpetua, Kathleen | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 83 | Primavera, Miriam | 4/30/1965 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 84 | Prochaska, Diana | 6/21/1958 | Kansas | US DC for the D. Kan. | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85 | Raggousis, Konstantinos | 7/21/1976 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86 | Rorvik, Thomas | 6/17/1986 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87 | Rosenthal, Henry | 4/6/1949 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88 | Rosenthal, Hollis | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 89 | Ryker, William | 5/2/1978 | Oklahoma | US DC for the N.D. Okla. | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90 | Schott, Frederick | 11/15/1967 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91 | Schott, Dina | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 92 | Schroeder, Brian | 5/6/1979 | Wisconsin | US DC for the E.D. Wis. | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VII, IX, XII |
| 93 | Shapiro, Marie o/b/o Shapiro, Thomas, deceased | 7/14/1947 | Pennsylvania | US DC for the E.D. Pa. | Yes | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, X, XI, XII |
| 94 | Sholette, Larisa | 10/20/1967 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95 | Sholette, James | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 96 | Stafford, Robert | 7/31/1946 | Pennsylvania | US DC for the E.D. Pa. | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97 | Stafford, Sally | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 98 | Sulock, Stephen | 5/2/1952 | Pennsylvania | US DC for the E.D. Pa. | Yes | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99 | Sulock, Lucille | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 100 | Sylvester, Thomas | 4/28/1951 | New Jersey | US DC for the D.N.J. | Yes | Yes | No | Thyroid Disease and Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101 | Sylvester, Sandra | | New Jersey | US DC for the D.N.J. | | | | | XI |
| 102 | Talbot, Marybeth | 7/31/1963 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103 | Talbot, Bruce | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 104 | Trombley, Delbert | 5/6/1950 | Montana | US DC for the D. Mont. | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105 | Trombley, Patricia | | Montana | US DC for the D. Mont. | | | | | XI |
| 106 | Tsipenyuk, Alexander | 10/9/1952 | PA | USDC of ED of PA | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 107 | Gorovits, Lilia | | PA | USDC of ED of PA | No | | No | | XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 108 | Ullman, Noah | 10/23/1987 | Georgia | US DC for the S.D. Ga. | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109 | Ullman, Michelle | | New York | US DC for the N.D.N.Y. | | | | | XI |
| 110 | Ullman, Todd | 11/15/1970 | New York | US DC for the N.D.N.Y. | Yes | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111 | Velez, Vincent | 12/5/1967 | PA | USDC of ED of PA | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112 | Wadsworth, Deborah | 9/8/1951 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113 | Wadsworth, Ronald | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 114 | Ward, Gregory | 7/24/1959 | PA | USDC of ED of PA | No | Yes | No | Thyroid Cancer, Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115 | Donahoe-Ward, Sarajane | | PA | USDC of ED of PA | | | | | XI |
| 116 | Wawrzyniak, Collene | 3/12/1981 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117 | Wawrzyniak, Edward | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 118 | Williams, Wayne | 9/10/1953 | Pennsylvania | US DC for the M.D. Pa. | Yes | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 119 | Williams, Linda | | Pennsylvania | US DC for the M.D. Pa. | | | | | XI |
| 120 | Wilson, Patricia | 7/30/1956 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121 | Callan, James | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 122 | Woxland, Nicole | 4/11/1971 | VA | USDC for ED of VA | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123 | Wrenn, Christopher | 1/22/1959 | Pennsylvania | US DC for the E.D. Pa. | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124 | Wrenn, Teresa | | Pennsylvania | US DC for the E.D. Pa. | | | | | XI |
| 125 | Wright, Jennifer | 3/23/1973 | PA | USDC of ED of PA | No | Yes | No | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126 | Wright, James | | PA | USDC of ED of PA | No | | No | | XI |
| 127 | Young, James | 2/1/1971 | TN | USDC for MD of TN | Yes | Yes | Yes | Thyroid Disease | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128 | Young, Michele | | TN | USDC for MD of TN | | | | | XI |
| 129 | Yudkin, Matthew | 3/8/1995 | CT | USDC for District of CT | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130 | Yudkin, Phresha | | CT | USDC for District of CT | No | | No | | XI |